ZINSER–FURBY, INC., and Zinser Constructors and Furby Construction Co., Inc., a joint venture, Plaintiffs-Appellants,

v.

SAN DIEGO COUNTY DISTRICT COUNCIL OF CARPENTERS, Defendant-Appellee.

No. 81–5424.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 8, 1982.

Decided July 22, 1982.

---

Michael E. Merrill, Merrill & Schultz, San Diego, Cal., for plaintiffs-appellants.

Ellen Greenstone, Levy & Goldman, Los Angeles, Cal., for defendant-appellee.

Before ANDERSON, FERGUSON and REINHARDT, Circuit Judges.

PER CURIAM:

The district court did not err in its interpretation of the short form agreement or in its finding that Zinser-Furby did not meet its burden of proof in its claim that the union engaged in a secondary boycott. *Zinser-Furby, Inc. v. San Diego County District Council of Carpenters*, 516 F.Supp. 952 (S.D.Cal.1981).

Case-by-case adjudication is the appropriate method to use when interpreting a short form agreement. Interpreting the language in *Seymour v. Coughlin*, 609 F.2d 346 (9th Cir. 1979), this court reiterated its commitment to case-by-case adjudication:

> Dictum to the contrary in *Waggoner v. Dallaire*, 649 F.2d 1362 (9th Cir. 1981) notwithstanding we hold that no per se rule was announced in *Coughlin* and we decline to adopt one finding that a case

by case analysis of the agreements involved provides the best evidence of the parties' intent.

*Construction Teamsters Health & Welfare Trust v. Con Form Construction Corp.*, 657 F.2d 1101, 1103 (9th Cir. 1981).

The district court is AFFIRMED.